Darryl W. Young
Fed. No. 28865-086
FCI Sheridan
P.O. Box 5000
Sheridan, Oregon 97378

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| DARRYL WILLIAM YOUNG,<br><br>Petitioner,<br><br>v.<br><br>DEWAYNE HENDRIX,<br>Warden, FCI Sheridan<br><br>Respondent. | No. 3:21-cv-00915-AA<br>U.S.D.C. No. 16-cr-2058-SMJ<br>Eastern District of Washington<br><br>EMERGENCY MEDICAL<br>PETITION FOR WRIT OF<br>HABEAS CORPUS FOR<br>MEDICAL TREATMENT |

Comes now, Darryl William Young, hereafter Petitioner, an inmate in a Federal Correctional Institution, at FCI Sheridan, Oregon. Petitioner is filing pro se, seeking the issuance of a Writ of Habeas Corpus, for medical Treatment.

page 1 of 6

Petitioner brings this petition challenging conditions of confinement, under the Eighth Amendment cruel and unusual violation, due to Warden Hendrix's postponement and lack of medical treatment for Petitioner's diagnosised Thyroid Cancer, "Hurthle cell carcinoma," a rare and aggressive cancer that is life threating.

Petitioner has no education in matters of law nor does have access to the institutional law library due to the fact FCI Sheridan is and has been on Covid-19 lock-down for 448 days, to date of writing this petition.

Petitioner is 70 years old, who is sick and due to the sickness my mind is not working right. Petitioner ask the Court to appoint counsel so that a complete documentation of the challenged medical event can be presented to the Court for consideration.

However, for now, Petitioner ask the Court to liberally construe this petition, with regard to Haines v. Kerner, 404 U.S. 519, 520-21, 92 S. Ct. 594, 30 L. Ed. 2nd (1972).

Grounds For Issuance OF Writ

Petitioner, challenges conditions of confinement,

due to lack of critical medical treatment, by denial and or postponement, for diagnosised 'Thyroid Cancer,' "Hurthle cell carcinoma" Warden, DeWayne Hentrix, here at FCI Sheridan, Oregon.

Petitioner submits, '<u>Exhibt One</u>' in support of the Thyroid Cancer diagnosis and info on the type of cancer Petitioner has from the Mayo Clinic, provided by RN Pond, FCI Sheridan's medical department.

The treatment of 'Hurthle cell cancer' is time sensitive, in regards to when it metastasize to other tissues and organs, treatment becomes more difficult, and serious life threating jeopardy attaches.

Over two years ago, Petitioner was having warning signs, pursuant to chest pain, high blood pressure, pressure in head and neck and shortness of breath. Petitioner was referred to an outside cardiologist, a Dr. Spears. About a year ago 2020, Dr. Spears took a ultrasound of Petitioner's carotid arteries. Petitioner's Thyroid was also looked at and a growth was found on the Thyroid. Dr. Spears referred Petitioner to a radiologist to look at the growth. November 2, 2020, Petitioner was taken out, the growth looked at and a biopsy was requested.

On April 6, 2021, the biopsy was done on

the Thyroid growth.

On April 19, 2021, Petitioner was told by Dr. Grasley, FCI Sheridan's doctor that I had a rare, aggressive, Thyroid cancer and that an appointment would be made for Petitioner to see a Thyroid specialist for surgery. Petitioner was put on a fast track to get this done.

On May 8, 2021, an appointment was made by BOP for Petitioner to see the Thyroid specialist to let Petitioner the severity of this cancer and the prognosis for treatment and recovery.

Petitioner was told on May 8, 2021, the appointment was canceled by the Warden due to one inmate testing positive for Covid-19. Petitioner was told he would be a risk to the community if allowed to go to the appointment.

Two months prior to this inmate testing positive for Covid, Petitioner took the 2 shot vaccine alone with everyone else in unit 4-B, where Petitioner lives. The infected inmate was new, and brought in the Unit without being tested or vaccinated.

Exhibit Two, confirms the whole Unit was retested and all were negitive for Covid. However, this Unit is on medical lock-down for till June 23, 2021, until a second test can be given.

It appears a new appointment for Petitioner

to see the Thyroid specialist will be postponed until after the second Covid-test comes back. It took BOP 'Two' months to get Petitioner the first appointment, now Petitioner is looking at another two months, if not more, to address the cancer. Simply, cancer does not wait and this one has been increasing for two years now. The question that needs to be answered is whether the waiting has been to long and nothing can be done?

Petitioner purports that the decision of Warden Hendrix to cancel my appointment to see the Thyroid surgeon has put my life at a great risk. The Warden's justification was without merit and denied Petitioner treatment for a serious and life threating cancer.

Everything Petitioner has stated in documented in Petitioner's medical file. The progression of pressure in the head, shortness of breath, high blood pressure, and fatigue has greatly increased and merits medical treatment. To postpone treatment for this aggressive Thyroid cancer puts Petitioner's life in grave danger.

Conclusion:
Petitioner is 70 years old and is greatly

fearful time is running out to address and stop this Thyroid cancer before it metastasize and nothing can be done,

Therefore, Petitioner seek an Order from the Court or issuance of the Writ of Habeas Corpus, for expeditious medical treatment for Thyroid cancer without further postponements or what ever this Court deems necessary and appropriate.

Dated this 14th day of June, 2021

Respectfully submitted,

Darryl W. Young

Darryl W. Young

Fed. No. 28865-086

page 6 of 6

*Exhibit One*

BP-A0148
JUNE 10                    **INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical - Damaho, Joyce RN's | DATE: 5-24-21 |
|---|---|
| FROM: Darryl W. Young | REGISTER NO.: 28965-086 |
| WORK ASSIGNMENT: Kitchen - Clerk | UNIT: 4-B # 103 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

On April 6, 2021 a biopsy was done of my Thyroid. On April 19, 2021 Dr. Grasley told me I have Cancer and the name of that cancer. Needless to say the shock of the information, I forgot the name of the Cancer. Please check my file and tell me the name of the cancer ASAP. Thank you for your time. FYI not feeling so good. (My voice is not recognized on our phone system)

(Do not write below this line)

DISPOSITION:

" Hurthle cell carcinoma in the nodule of the right superior thyroid "

| Signature Staff Member Rona RN Pond | Date 5/27/21 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



MAYO
CLINIC

# Hurthle cell cancer

## Overview

Hurthle (HEERT-luh) cell cancer is a rare cancer that affects the thyroid gland.

The thyroid is a butterfly-shaped gland in the base of your neck. It secretes hormones that are essential for regulating your body's metabolism.

Hurthle cell cancer is also called Hurthle cell carcinoma or oxyphilic cell carcinoma. Hurthle cell cancer is one of several types of cancers that affect the thyroid.

Hurthle cell cancer can be more aggressive than other types of thyroid cancer. Surgery to remove the thyroid gland is the most common treatment.

## Symptoms

Hurthle cell cancer doesn't always cause symptoms, and it's sometimes detected during a physical examination or an imaging test done for some other reason.

Signs and symptoms of Hurthle cell cancer may include:

- A lump in your neck, just below your Adam's apple
- Pain in your neck or throat
- Hoarseness or other changes in your voice
- Shortness of breath
- Swallowing difficulty

These signs and symptoms don't necessarily mean you have Hurthle cell cancer. They may be indications of other medical conditions — such as inflammation of the thyroid gland or a noncancerous enlargement of the thyroid (goiter).

### When to see a doctor

Make an appointment with your doctor if you have any signs or symptoms that worry you.

## Causes

It's not clear what causes Hurthle cell cancer.

Doctors know that cancer begins when a cell develops errors in its DNA — the genetic material that contains instructions for biochemical processes in your body. When DNA is altered or damaged, these genes may not function properly, causing cells to grow out of control and eventually form a mass (tumor) of cancerous (malignant) cells.

# Risk factors

Factors that increase the risk of developing thyroid cancer include:

- Being female
- Being older
- Having a history of radiation treatments to the head and neck

# Complications

Possible complications of Hurthle cell cancer include:

- **Problems with swallowing and breathing.** They can occur if the tumor grows and presses on the food tube (esophagus) and windpipe (trachea).
- **Spread of the cancer.** Hurthle cell cancer can spread (metastasize) to other tissues and organs, making treatment and recovery more difficult.

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
**Privacy Policy**
**Notice of Privacy Practices**
Notice of Nondiscrimination

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2021 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.



**MAYO
CLINIC**

# Hurthle cell cancer

## Diagnosis

Tests and procedures used to diagnose Hurthle cell cancer include:

- **Physical exam.** Your doctor will examine your neck, checking the size of your thyroid and seeing whether your lymph nodes are swollen.
- **Blood tests.** Blood tests may reveal abnormalities in your thyroid function that give your doctor more information about your condition.
- **Imaging tests.** Imaging tests, including ultrasound and CT, can help your doctor determine whether an abnormal growth is present in the thyroid.
- **Removing a sample of thyroid tissue for testing (biopsy).** During a thyroid biopsy, a fine needle is passed through the skin of your neck guided by ultrasound images. The needle is attached to a syringe, which withdraws a sample of thyroid tissue. The sample is analyzed in a laboratory for signs of cancer.

## Treatment

Treatment for Hurthle cell cancer usually requires surgery to remove the thyroid. Radiation therapy and chemotherapy may be options.

### Surgery

Total or near-total removal of the thyroid (thyroidectomy) is the most common treatment for Hurthle cell cancer.

During thyroidectomy, the surgeon removes all or nearly all of the thyroid gland and leaves tiny edges of thyroid tissue near small adjacent glands (parathyroid glands) to lessen the chance of injuring them. The parathyroid glands regulate your body's calcium level.

Surrounding lymph nodes may be removed if there's suspicion that the cancer has spread to them.

Risks associated with thyroidectomy include:

- Injury to the nerve that controls the voice box (recurrent laryngeal nerve), which could cause temporary or permanent hoarseness or a loss of your voice
- Damage to the parathyroid glands

- Excessive bleeding

After surgery, your doctor will prescribe the hormone levothyroxine (Synthroid, Unithroid, others) to replace the hormone produced by your thyroid. You'll need to take this hormone for the rest of your life.

## Radioactive iodine therapy

Radioactive iodine therapy involves swallowing a capsule that contains a radioactive liquid.

Radioactive iodine therapy may be recommended after surgery because it can help destroy any remaining thyroid tissue, which can contain traces of cancer. Radioactive iodine therapy may also be used if Hurthle cell cancer has spread to other parts of the body.

Temporary side effects of radioiodine therapy can include:

- Dry mouth
- Decrease in taste sensations
- Neck tenderness
- Nausea

## Radiation therapy

Radiation therapy uses high-powered energy beams, such as X-rays or protons, to kill cancer cells. During radiation therapy, you're positioned on a table and a machine moves around you, delivering the radiation to specific points on your body.

Radiation therapy may be an option if cancer cells remain after surgery and radioactive iodine treatment or if Hurthle cell cancer spreads.

Side effects may include:

- Sore throat
- Sunburn-like skin rash
- Fatigue

## Targeted drug therapy

Targeted drug treatments use medications that attack specific abnormalities within cancer cells. Targeted therapy may be an option if your Hurthle cell cancer returns after other treatments or if it spreads to distant parts of your body.

Side effects depend on the particular drug, but may include:

- Diarrhea
- Fatigue
- High blood pressure
- Liver problems

Targeted drug therapy is an active area of cancer research. Doctors are studying many new targeted therapy drugs for use in people with thyroid cancer.

# Coping and support

A diagnosis of Hurthle cell cancer can be challenging and frightening. With time you'll find strategies to help you manage the stress and anxiety of a cancer diagnosis. Until then, here are some ideas to help you cope:

- **Find someone to talk with.** You may feel comfortable discussing your feelings with a friend or family member, or you might prefer meeting with a formal support group. Support groups for the families of cancer survivors also are available.
- **Let people help.** Cancer treatments can be exhausting. Let friends and family know what would be most useful for you.
- **Set reasonable goals.** Having goals helps you feel in control and can give you a sense of purpose. But choose goals that you can reach.
- **Take time for yourself.** Eating well, relaxing and getting enough rest may help combat the stress and fatigue of cancer.

# Preparing for your appointment

Start by making an appointment with your family doctor if you have signs and symptoms that worry you.

If Hurthle cell cancer is suspected, you may be referred to a doctor who specializes in treating thyroid disorders (endocrinologist) or a doctor who specializes in treating cancer (oncologist).

Because appointments can be brief, it's often helpful to arrive well-prepared. Here's some information to help you get ready and what to expect from your doctor.

## What you can do

- **Write down your symptoms,** including any that may seem unrelated to the reason why you scheduled the appointment.
- **Write down your key medical information,** including other conditions.
- **Make a list of all your medications,** vitamins or supplements.
- **Gather information about your family health history,** including thyroid diseases and other diseases that run in your family.
- **Ask a relative or friend to accompany you** to help you remember what the doctor says.
- **Write down questions to ask** your doctor.

## Questions to ask your doctor

- What's the most likely cause of my symptoms? Are there other possible causes?
- What kinds of tests do I need? Do they require any special preparation?

- What treatments are available, and what side effects can I expect?
- What's my prognosis?
- How often will I need follow-up visits after I finish treatment?
- I have other health conditions. How can I best manage them together?

## What to expect from your doctor

Your doctor is likely to ask you a number of questions. Being ready to answer them may make time to go over points you want to spend more time on. You may be asked:

- When did you first begin experiencing symptoms? Have they been continuous or occasional?
- Have your symptoms gotten worse?
- Do you have a personal or family history of cancer? What type?
- Have you ever received radiation treatments to the head or neck area?

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
**Privacy Policy**
**Notice of Privacy Practices**
Notice of Nondiscrimination
Manage Cookies

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2021 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

Exhibit Two

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Sheridan, Oregon 97378**

*Office of Warden*

June 10, 2021

**MEMORANDUM FOR 4B INMATES**

DeWayne Hendrix

**FROM:**      DeWayne Hendrix, Warden

**SUBJECT:**   COVID-19 Update

Health Services conducted PCR tests on all 4B inmates on June 7- June 9, 2021. These test results were negative.   A PCR test will be collected from all inmates in the unit on or about June 21, 2021, which will be sent to the lab for test results.   Those results are required to release the unit from restricted movement.   If all PCR results come back negative, then 4B will return to the previously established modified operations and workers can return to their job assignments.   As a reminder, PCR test results are not immediate and can take several days to be received.

Please understand this information may change based on test results, further exposures, etc. Your willingness to be vaccinated has assisted in mitigating the spread of the virus.

Thank you for your understanding and compliance in these challenging times.