IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARRYL WILLIAM YOUNG, | |
| Petitioner, | Civ. No. 3:21-cv-00915-AA |
| v. | JUDGMENT |
| DEWAYNE HENDRIX, Warden, FCI Sheridan, | |
| Respondent. | |

This action is DISMISSED without prejudice.

DATED: 6/3/2022

Melissa Aubin, Clerk

By   /s/ C. Kramer
     Deputy Clerk

1 –JUDGMENT